# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

GLUE WILKINS,

        Petitioner

        v.

HON. KEVIN A. HESS, SPECIALLY
ASSIGNED SENIOR JUDGE,
CUMBERLAND COUNTY,

        Respondent

:  No. 110 MM 2023
:
:
:
:
:
:
:
:
:
:
:
:
:
:

## **ORDER**

**PER CURIAM**

    **AND NOW**, this 5th day of December, 2023, the "King's Bench Motion," the "Motion for Judicial Notice of Change in Pennsylvania Rules of Evidence," the "Motion for Judicial Notice that a Criminal Complaint Has Been Filed," the "Motion for Judicial Notice that the 'Stipulated' Exculpatory Medical Report was Docketed," the "Motion for Video Conference," the "Application to File a Response to Defendant's No Response Letter," the "Application to File Additional Informations," and the "Motion for Judicial Notice that a Fraud Complaint has been Filed" are DENIED.

    The Prothonotary is DIRECTED to strike the name of the jurist from the caption.